| | |
|---|---|
| 1 | Michael H. Steinberg (SBN 134179) |
| | steinbergm@sullcrom.com |
| 2 | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East, Suite 2100 |
| 3 | Los Angeles, California 90067-1725 |
| | Telephone: (310) 712-6600 |
| 4 | Facsimile: (310) 712-8800 |
| 5 | |
| | Sverker K. Hogberg (SBN 244640) |
| 6 | hogbergs@sullcrom.com |
| | **SULLIVAN & CROMWELL LLP** |
| 7 | 1870 Embarcadero Road |
| | Palo Alto, California 94303-3308 |
| 8 | Telephone: (650) 461-5600 |
| | Facsimile: (650) 461-5700 |
| 9 | |
| 10 | *Attorneys for Defendants FCA US LLC, VM North America, Inc., CarMax Auto Superstores California, LLC and Bob Baker Automotive, Inc.* |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

**'19 CV1992 W    RBB**

| | |
|---|---|
| WILLIAM R. DEEN, KENT JENKINS, HENISH PULICKAL, DONALD GILDEN, JOYCE GILDEN, <br><br>Plaintiffs, <br><br>v. <br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., VM MOTORI S.p.A., VM NORTH AMERICA, INC., ROBERT BOSCH GmbH, ROBERT BOSCH, LLC, NEW GENERATIONS AUTO, ELK GROVE AUTO MALL, CARMAX AUTO SUPERSTORES CALIFORNIA, BOB BAKER AUTOMOTIVE, <br><br>Defendants. | Case No. 37-2019-00045236-CU-FR-CTL <br><br>**DEFENDANTS FCA US LLC, VM NORTH AMERICA, INC., CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, AND BOB BAKER AUTOMOTIVE, INC.'s <u>ANSWER TO PLAINTIFFS' COMPLAINT</u>** <br><br>Complaint Filed: August 27, 2019 |

Defendants FCA US LLC, VM North America, Inc., CarMax Auto Superstores California, LLC, and Bob Baker Automotive, Inc. (collectively, "Defendants") hereby answer the unverified Complaint filed by plaintiffs William R. Deen, Kent Jenkins, Henish Pulickal, Donald Gilden, and Joyce Gilden (collectively, "Plaintiffs") as follows:

## GENERAL DENIAL

Pursuant to Section 431.30(d) of the Code of Civil Procedure, Defendants hereby generally deny each and every material allegation and cause of action set forth in the Complaint, and further deny that Plaintiffs have been damaged as a result of any act or omission of Defendants, or are entitled to any relief whatsoever against Defendants by reason of the allegations of the Complaint.

## DEFENSES

As separate defenses to the Complaint and the causes of action asserted against Defendants herein (the "Causes of Action"), and without assuming the burden of proof on matters as to which they have no such burden, Defendants state as follows:

### FIRST DEFENSE

**(Failure to State a Cause of Action Upon Which Relief May Be Granted)**

1. The Complaint and the Causes of Action asserted therein fail to state facts sufficient to constitute a cause of action against Defendants.

### SECOND DEFENSE

**(No Reasonable Number of Repair Attempts)**

2. Plaintiffs did not allow Defendants a reasonable number of attempts to conform their vehicles to the express and/or implied warranties applicable to the vehicles.

### THIRD DEFENSE

**(Preemption)**

3. Plaintiffs' claims against Defendants are barred in whole or in part by preemption under federal law (express, implied and/or conflict), including the Clean Air Act and related regulations.

## FOURTH DEFENSE

### (Good Faith Reliance on Others)

4. Plaintiffs' claims against Defendants are barred in whole or in part because at all relevant times, Defendants relied in good faith on the representations, reports, expert opinions, and advice of others.

## FIFTH DEFENSE

### (No Causation)

5. Plaintiffs are not entitled to any recovery because no act or omission attributed to Defendants in the Complaint was the actual or proximate cause of any injury suffered by Plaintiffs.

## SIXTH DEFENSE

### (Primary Jurisdiction)

6. Plaintiffs' claims against Defendants are barred in whole or in part because the United States Environmental Protection Agency ("EPA") and the California Air Resources Board ("CARB") have primary jurisdiction to adjudicate questions concerning compliance with vehicle emissions standards under the Clean Air Act.

## SEVENTH DEFENSE

### (Failure to Mitigate Damages)

7. Plaintiffs were under a duty to mitigate any damages, which may have been sustained, and failed to exercise reasonable care and diligence to mitigate their alleged damages. Accordingly, Plaintiffs are barred from recovering any damages that could have been avoided by reasonable mitigation efforts.

## EIGHTH DEFENSE

### (Failure to Establish Entitlement to Civil Penalty or Punitive Damages)

8. The Complaint and the Causes of Action asserted therein fail to state facts sufficient to give rise to a claim against Defendants for a civil penalty or punitive damages, and accordingly Plaintiffs are barred from recovery of such damages.

## NINTH DEFENSE

### (*Res Judicata* as to Civil Penalty or Punitive Damages Specifically)

9. Plaintiffs are barred from seeking a civil penalty or an award of punitive damages under the doctrine of *res judicata* because the California State Attorney General, as *parens patriae* on behalf of consumers, has already obtained penalty payments from FCA.

## TENTH DEFENSE

### (Penalties Violative of Due Process)

10. Certain penalties and/or remedies sought in Plaintiffs' Complaint are barred or limited, in whole or in part, by the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution.

## ELEVENTH DEFENSE

### (Excessive Fines or Penalties)

11. Certain penalties and/or remedies sought in Plaintiffs' Complaint are barred or limited by the excessive fines clause of the Eighth Amendment to the United States Constitution.

## TWELFTH DEFENSE

### (Prior Offer of Appropriate Remedy)

12. Plaintiffs' claims are barred, in whole or in part, by FCA's prior offer to resolve Plaintiffs' claims under the terms of the Consumer and Reseller Dealership Class Action Settlement Agreement (Amended), filed on January 18, 2019 (Doc. No. 508) in the multidistrict litigation proceeding titled *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*, pending in the U.S. District Court for the Northern District of California, MDL No. 2777, which Plaintiffs did not accept.

## THIRTEENTH DEFENSE

### (Cal. Civ. Code § 1782(c))

13. Because Defendants have complied with the requirements of Cal. Civ. Code § 1782(c), no damages or attorneys' fees may be recovered under Plaintiffs' CLRA claims.

## FOURTEENTH DEFENSE

### (No Cause of Action for Conspiracy)

14. The Complaint and the Causes of Action asserted therein fail to state a cause of action against Defendants for Conspiracy because no such cause of action exists under the laws of California. *Applied Equipment Corp.* v. *Litton Saudi Arabia Ltd.*, 7 Cal.4th 503, 510–511 (1994) ("Conspiracy is not a cause of action").

## FIFTEENTH DEFENSE

### (No Cause of Action for Joint Venture)

15. The Complaint and the Causes of Action asserted therein fail to state a cause of action against FCA for Joint Venture because no such cause of action exists under the laws of California. *Crowley* v. *Katleman*, 8 Cal. 4th 666, 684 (1994), *as modified* (Nov. 30, 1994).

## SIXTEENTH DEFENSE

### (Failure to State a CLRA Claim)

16. The Complaint and the Causes of Action asserted therein fail to state facts sufficient to constitute a cause of action against Defendants under the CLRA, to the extent Plaintiffs allege a breach of the implied warranty of fitness for a particular purpose, because Defendants never represented that the subject vehicles are fit for a particular purpose and the subject vehicles have fulfilled their intended purpose.

## SEVENTEENTH DEFENSE

### (No Punitive Damages for Out-of-State Conduct)

17. Plaintiffs are barred from seeking punitive damages for any conduct occurring outside of the State of California.

## EIGHTEENTH DEFENSE

### (Good Faith)

18. Plaintiffs' claims and/or the relief sought are barred or limited as a result of Defendants' good faith, including Defendants' efforts to resolve this dispute with Plaintiffs.

## NINETEENTH DEFENSE

### (Continued Use)

19. Plaintiffs' claims are barred or limited as a result of Plaintiffs' continued use of the vehicle after asserting that Plaintiffs had been defrauded in connection with the purchase and/or lease of the vehicle.

## TWENTIETH DEFENSE

### (Estoppel as to Rejection or Revocation)

20. Plaintiffs are estopped from attempting to reject or revoke acceptance of the vehicle by behavior inconsistent with the asserted rejection or revocation.

## TWENTY-FIRST DEFENSE

### (Reduction in Damages for Use of Vehicle)

21. Any damages allegedly owed to Plaintiffs are subject to reduction, in whole or in part, because of Plaintiffs' use of the vehicle.

## RESERVATION OF DEFENSES

Defendants expressly and specifically reserve the right to raise any defenses and/or claims not asserted herein, of which they may become aware through discovery or other investigation, and will amend or modify its answer accordingly. Defendants further reserve the right to withdraw defenses that they determine are not applicable during the course of discovery and other proceedings in this action.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1. That judgment be entered in favor of Defendants;

2. That the Complaint, and the Causes of Action against Defendants, be dismissed with prejudice;

3. For Defendants' costs of suit, including attorneys' fees, incurred in defense of this action; and

4. For such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: October 15, 2019 | /s/ Michael H. Steinberg |
| | Michael H. Steinberg (SBN 134179) |
| | steinbergm@sullcrom.com |
| | **SULLIVAN & CROMWELL LLP** |
| | 1888 Century Park East, Suite 2100 |
| | Los Angeles, California 90067-1725 |
| | Telephone: (310) 712-6600 |
| | Facsimile: (310) 712-8800 |
| | |
| | Sverker K. Hogberg (SBN 244640) |
| | hogbergs@sullcrom.com |
| | **SULLIVAN & CROMWELL LLP** |
| | 1870 Embarcadero Road |
| | Palo Alto, California 94303-3308 |
| | Telephone: (650) 461-5600 |
| | Facsimile: (650) 461-5700 |
| | |
| | *Attorneys for Defendants FCA US LLC, VM North America, Inc., CarMax Auto Superstores California, LLC and Bob Baker Automotive, Inc.* |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sullivan & Cromwell LLP, 1888 Century Park East, California 90067.

On October 15, 2019, I served the following document(s):

**DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT**

on the interested parties in the subject action by serving a true copy thereof as indicated below:

**[X] BY ELECTRONIC TRANSMISSION:** A true and correct copy was electronically served on counsel of record by transmission via **One Legal eServe**, which will send an e-mail notification of such service to all counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 15, 2019, at Los Angeles, California.

/s/ Claire Teeter
CLAIRE TEETER